AARON D. FORD
Attorney General
MAYRA GARAY (Bar No. 15550)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3788 (phone)
(702) 486-3773 (fax)
Email: mgaray@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYSHAURS L. COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH HOWARD, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00759-JAD-DJA<br><br>**Stipulation and Order Dismissing Case**<br><br>ECF Nos. 4, 16 |

IT IS HEREBY STIPULATED by and between Plaintiff, Tyshaurs L. Collins, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Mayra Garay, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of March, 2024.          DATED this 15th day of March, 2024

                                              AARON D. FORD
                                              Attorney General

By: _____          By: /s/ *Mayra Garay*
TYSHAURS L. COLLINS                    MAYRA GARAY (Bar No. 15550)
Plaintiff                              Deputy Attorney General
                                              *Attorneys for Interested Party*

## ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The application to proceed in forma pauperis **[ECF No. 4] is DENIED as moot**. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 26, 2024